1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Case No.: 8:09-CR-00248-DOC
                                     )
          Plaintiff,                 )    ORDER OF DETENTION PENDING
12                                   )    FURTHER REVOCATION
          v.                         )    PROCEEDINGS
13                                   )    (FED. R. CRIM. P. 32.1(a)(6); 18
                                     )    U.S.C. § 3143(a)(1))
14  KEVIN YOUNG,                     )
                                     )
          Defendant.                 )
15  _____ )

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the ____Central____ District of

18  ____California____ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  ( )   The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          ( )    information in the Pretrial Services Report and Recommendation

26          ( )    information in the violation petition and report(s)

27          ( )    the defendant's nonobjection to detention at this time

28          ( )    other: _____

1    and/ or

2  B. (×)   The defendant has not met his/her burden of establishing by clear and

3             convincing evidence that he/she is not likely to pose a danger to the safety

4             of any other person or the community if released under 18 U.S.C.

5             § 3142(b) or (c).  This finding is based on the following:

6             (×)    information in the Pretrial Services Report and Recommendation

7             (×)    information in the violation petition and report(s)

8             (  )    the defendant's nonobjection to detention at this time

9             (  )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 11/23/2022

15                              SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE